# Exhibit 13

# Case No. 1:12-cv-00193

## EEO COUNSELOR'S REPORT

For use of this form see AR 690-600, the proponent agency is OSA.

| 1. DA DOCKET NUMBER |
| --- |
| ARGORDON10AUG03877 |

### PRIVACY ACT STATEMENT (5 U.S.C. §552a)

**AUTHORITY:** Public Law 92-261

**PRINCIPAL PURPOSE:** Used for processing of complaints of discrimination because of race, color, national origin, religion, sex, age, physical and/or mental disability, or reprisal by Department of the Army civilian employees, former employees, applicants for employment and some contract employees.

**ROUTINE USES:** Information will be used *(a)* as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts; *(b)*to respond to general requests for information under the Freedom of Information Act; *(c)* to respond to requests from legitimate outside individuals or agencies (White House, Congress, Equal Employment Opportunity Commission) regarding the status of a complaint or appeal; or *(d)* to adjudicate complaint or appeal.

**DISCLOSURE:** Voluntary, however, failure to complete all appropriate portions of this form may lead to delay in processing and/or rejection of complaint on the basis of inadequate data on which to continue processing.

### SECTION I - PRE-COMPLAINT INTAKE INTERVIEW

| 2. NAME OF AGGRIEVED *(Print-Last, First, Middle Initial)* | | 3. SSN | 4. JOB TITLE |
| --- | --- | --- | --- |
| King, James E. | | 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 | Police Officer |

| 5. PAY PLAN/SERIES/ GRADE | 6. DUTY ORGANIZATION *(Complete address including office symbol)* | | |
| --- | --- | --- | --- |
| GS-0083-06 | DES<br>Bldg. 32422<br>Fort Gordon, Ga 30905 | | |

| 7. WORK TELEPHONE | 8. HOME TELEPHONE | 9. HOME ADDRESS |
| --- | --- | --- |
| 791-4380 | 785-226-7171 | 2049 Glenn Falls, Grovetown, GA 30813 |

| 10. DATE OF ALLEGED DISCRIMINATORY ACTION *(YYYYMMDD)* | 11. 45TH CALENDAR DAY AFTER EVENT *(YYYYMMDD)* | 12. REASON FOR DELAYED CONTACT BEYOND 45 DAYS, IF APPLICABLE | |
| --- | --- | --- | --- |
| 20100819 | 20101002 | | |

| 13. DATE OF INITIAL CONTACT WITH EEO OFFICIAL *(YYYYMMDD)* | 14. 30TH CALENDAR DAY AFTER INITIAL CONTACT WITH EEO OFFICIAL *(YYYYMMDD)* | 15. 90TH CALENDAR DAY AFTER INITIAL CONTACT WITH EEO OFFICIAL *(YYYYMMDD)* | 16. DATE COUNSELING EXTENSION GRANTED, IF APPLICABLE *(YYYYMMDD)* |
| --- | --- | --- | --- |
| 20100823 | 20100921 | | |

| 17. DATE PRE-COMPLAINT INTAKE INTERVIEW CONDUCTED *(YYYYMMDD)* | 18. PRE-COMPLAINT INTAKE INTERVIEW CONDUCTED: |
| --- | --- |
| 20100823 | ☐ Telephonically   ☒ In-Person   ☐ Other *(facsimile/e-mail)* |

### SECTION II - ORGANIZATION WHERE ALLEGED DISCRIMINATION OCCURRED *(Complete address including office symbol)*

DES
Bldg 32422
Fort Gordon, GA 30905

### SECTION III - RESPONDING MANAGEMENT OFFICIAL (s) INFORMATION *(Include name, complete work address and phone number if known.)*

Lt Richard Peloquin, 706.791.3937/4380
DES
Fort Gordon, GA 30905
richard.peloquin@us.army.mil

---

DA FORM 7510, FEB 2004

PAGE 1 OF 5
APD PE v1.02ES

## SECTION IV - BASIS OF COMPLAINT *(Identify specific race, color, religion, national origin, disability, age, sex, or reprisal if alleged.)*

| ☐ RACE _____ | ☐ COLOR _____ | SEX ☐ Male ☐ Female |

☐ AGE _____ DATE OF BIRTH _____ ☐ NATIONAL ORIGIN _____

☐ RELIGION _____ DISABILITY ☐ Mental _____ ☐ Physical _____

☑ REPRISAL  EEO activity January 2010 _____

*(Date(s) of prior EEO activity)*

## SECTION V - MATTER(s) GIVING RISE TO COMPLAINT  *(Specify who, what, where, and when.)  (Use additional sheet of paper if necessary.)*

Was aggrieved discriminated against based on reprisal ( EEO activity January 2010) when his supervisor, Lt.  Richard Peloquin, Supervisory Police Officer, contacted the aggrieved's doctor to ask her to change his profile to allow him to come to work to watch dispatch and the blotter report?

The Aggrieved was injured on the job on 22 July 2010. He was seen by Occupational Health at Eisenhower Army Medical Center where Dr. Sheryl Bedno gave the aggrieved a "no work" profile until he sees a specialist at the Sports Clinic on 1 September 2010.

The aggrieved alleges that Dr. Bedno called him to let him know that Lt. Peloquin called her and asked her to change the "no work" profile note so he could at least come into the office to watch Dispatch.

The Aggrieved alleges that he told Dr. Bedno that this would be violating HIPPA, so she refrained from changing the profile.

The Aggrieved feels that Lt. Peloquin is harassing him because of the prior EEO complaint.

The Aggrieved has not talked with Management.


Addendum - Was the aggrieved discriminated against based on reprisal (EEO activity January 2010) when his supervisor, LT Richard Peloquin, placed him on AWOL status on days his healthcare provider placed him in an "off from work" status/on quarters? The dates affected were 1, 2 and 6 September 2010.

The aggrieved alleges that LT Peloquin placed him on AWOL status on 11 September 2010 for 1, 2 and 6 September 2010 after he received the Return to Work form from him on 3 September 2010.

Mr. King stated that he and LT Peloquin have been communicating via email and voicemail.  He stated that LT Peloquin wanted a Dr's note for 1 September 2010 when he knew that this was the day of his appointment with Sports Medicine.

Mr. King Stated that he missed a call (no voicemail) from LT Peloquin. He further stated that when he spoke to LT Peloquin on 10 Sep, the LT informed him that he left a voicemail and because there was no response, he could not approve the leave request. According to the aggrieved,  LT Peloquin stated that he would have to think about how to handle the situation and if Mr. King did not provide a Dr's note, he would have to ask Mr. King to use annual or sick leave.  Mr. King stated that AWOL was not discussed during that conversation.

## SECTION VI - RELIEF SOUGHT

Wants LT Peloquin removed as his supervisor
Would like compensation of $100,000 for lost pay and stress (he is on medication)

DA FORM 7510, FEB 2004

## SECTION VII - RIGHTS AND RESPONSIBILITIES

THE AGGRIEVED WAS PROVIDED WITH THE AGGRIEVED PERSON'S RIGHTS AND RESPONSIBILITIES NOTICE AND WAS SPECIFICALLY ADVISED OF THE FOLLOWING:

- [X] The basis(es) for filing pre-complaint, formal complaint, and/or class complaint, and of right to file a formal complaint of discrimination.
- [X] The pre-complaint, formal and/or class complaint process.
- [X] The 45-day calendar requirement from effective date of personnel action or of the date of the matter alleged to be discriminatory.
- [X] The role of the EEO counselor, including that the counselor is not an advocate for either the aggrieved person or the agency and acts strictly as a neutral.
- [X] The activity's Alternate Dispute Resolution (ADR) Program and right to elect either ADR (if offered) or traditional EEO counseling.
- [X] The right to remain anonymous during the pre-complaint process.
- [X] The right to representation throughout the complaint process.
- [X] Responsibility of the aggrieved to notify the EEO office in writing of any change in address and/or phone number.
- [X] Responsibility of the aggrieved to notify the EEO office in writing of non-attorney or attorney representation, including address and phone number.
- [X] The possible election requirement between a negotiated grievance procedure, MSPB procedure and the EEO complaint process.
- [X] The election options in age and wage-based discrimination complaints.

## SECTION VIII - ELECTION OF REPRESENTATION

| [ ] ATTORNEY | [ ] NON-ATTORNEY | [X] NON-REPRESENTATIVE |
|---|---|---|

| NAME OF REPRESENTATIVE | ADDRESS |
|---|---|
| | |

| TELEPHONE NUMBER | FAX | E-MAIL |
|---|---|---|
| | | |

## SECTION IX - ALTERNATE DISPUTE RESOLUTION (ADR)

- [ ] Matter determined not appropriate for ADR

- [ ] Matter determined appropriate for ADR

_____ *(Aggrieved must sign and date)*

- [ ] Wishes to participate in ADR, if offered

_____ *(EEO Officer must initial and date)*

Date of written offer of ADR _____ *(EEO Officer must initial and date)*

Date of Agreement to Participate in ADR _____

Name of assigned ADR facilitator/mediator _____

Date ADR facilitator/mediator assigned _____

Result of ADR:

- [ ] ADR was successful. Negotiated settlement agreement, signed on _____ (YYYYMMDD), is attached.
- [ ] ADR was not successful. The aggrieved was issued a Notice of Right to File a Formal Complaint of Discrimination on _____ (YYYYMMDD) and notified of requirement to file a formal complaint within 15 calendar days after receipt of Notice of Right to File. The aggrieved was provided a DA Form 2590, Formal Complaint of Discrimination.

## SECTION X - TRADITIONAL EEO COUNSELING *(EEO official to complete only those which apply.)*

- [X] Election of traditional counseling.
  - Name of assigned EEO counselor    Aliscia Hurdle
  - Date EEO counselor assigned    20100831
- [ ] Election to remain anonymous.
- [X] Election to waive right to remain anonymous.
- [ ] Declined to pursue matter under Title VII.

DA FORM 7510, FEB 2004