IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMES E. KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-00193-JRH-WLB |
| ) | |
| JOHN McHUGH, Secretary, ) | |
| Department of the Army, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

In accordance with Rule 56 of the Federal Rules of Civil Procedure, Defendant respectfully moves the Court for summary judgment in his favor as to all claims.

Plaintiff alleges racial discrimination and reprisal arising from AWOL charges against his attendance record following Plaintiff's failure to comply with Defendant's medical excuse procedures. Defendant submits that there are no genuine material issues of fact and Plaintiff cannot state a *prima facie* case of reprisal. Plaintiff's claim must fail because he cannot show that the actions of Defendant were motivated by reprisal or otherwise rebut the Army's legitimate, non-retaliatory reasons for charging him AWOL. In light of these facts, Defendant is entitled to summary judgment. In support thereof, Defendant submits his Brief and Local Rule 56.1 Statement of Facts.

This 4th day of June, 2014.

Respectfully Submitted,

EDWARD J. TARVER

1

UNITED STATES ATTORNEY

/s Tiffany M. Mallory_____
Tiffany M. Mallory
Assistant United States Attorney
Georgia Bar No. 744522
Post Office Box 2017
Augusta, GA 30903
(706) 724-0517
E-Mail:  Tiffany.Mallory@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served the foregoing Motion for Summary Judgment, Memorandum in Support, and L.R. 56 Statement of Facts upon all parties in this case in accordance with the Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing in this Court.

This 4th day of June, 2013.

EDWARD J. TARVER
UNITED STATES ATTORNEY

/s Tiffany M. Mallory_____
Tiffany M. Mallory
Assistant United States Attorney
Georgia Bar No. 744522
Post Office Box 2017
Augusta, GA 30903
(706) 724-0517
Tiffany.Mallory@usdoj.gov