IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISON

| | |
|---|---|
| JAMES E. KING,<br>　　　　Plaintiff,<br><br>v.<br><br>JOHN MCHUGH, SECRETARY<br>DEPARTMENT OF ARMY<br>　　　　Defendant | Civil Action File No.:<br>1:12-CV-00193-JRH-WLB |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S FED. R. CIV. P.56 STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT

COMES NOW, James E. King, Plaintiff, by and through his attorney, Chuck Pardue, and submits this, his response to Defendant's Fed. R. Civ. P.56 Statement of Facts in Support of Motion for Summary Judgment, and shows this Court as follows:

1. Plaintiff agrees to the statement in paragraph 1.
2. Plaintiff agrees to the statement in paragraph 2.
3. Plaintiff agrees to the statement in paragraph 3.
4. Plaintiff agrees to the statement in paragraph 4.
5. Plaintiff agrees to the statement in paragraph 5.
6. Plaintiff agrees to the statement in paragraph 6.
7. Plaintiff agrees to the statement in paragraph 7.
8. Plaintiff agrees to the statement in paragraph 8.
9. Plaintiff agrees to the statement in paragraph 9.
10. Plaintiff agrees to the statement in paragraph 10.
11. Plaintiff agrees to the statement in paragraph 11.
12. Plaintiff agrees to the statement in paragraph 12.
13. Plaintiff agrees to the statement in paragraph 13.
14. Plaintiff denies the statement in paragraph 14.
15. Plaintiff agrees to the statement in paragraph 15.

16. Plaintiff agrees to the statement in paragraph 16.
17. Plaintiff agrees to the statement in paragraph 17.
18. Plaintiff agrees to the statement in paragraph 18.
19. Plaintiff agrees to the statement in paragraph 19.
20. Plaintiff agrees to the statement in paragraph 20.
21. Plaintiff agrees to the statement in paragraph 21.
22. Plaintiff agrees to the statement in in paragraph 22, but denies that Exhibit 14 represents that statement.
23. Plaintiff agrees that Peloquin advised Mr. King to provide medical documentation.
24. Plaintiff agrees to the statement in paragraph 24.
25. Plaintiff agrees to the statement in paragraph 25.
26. Plaintiff agrees to the statement in paragraph 26.
27. Plaintiff denies the statement in paragraph 27.
28. Plaintiff agrees to the statement in paragraph 28.
29. Plaintiff agrees to the statement in paragraph 29.
30. Plaintiff denies the statement in paragraph 30.
31. Plaintiff agrees to the statement in paragraph 31.
32. Plaintiff agrees to the statement in paragraph 32.
33. Plaintiff agrees to the statement in paragraph 33.
34. Plaintiff agrees to the statement in paragraph 34.
35. Plaintiff agrees to the statement in paragraph 35.
36. Plaintiff agrees to the statement in paragraph 36.
37. Plaintiff agrees to the statement in paragraph 37.
38. Plaintiff agrees to the statement in paragraph 38.
39. Plaintiff agrees to the statement in paragraph 39.
40. Plaintiff denies that the AWOL was proper in paragraph 40.
41. Plaintiff agrees to the statement in paragraph 41.
42. Plaintiff agrees to the statement in paragraph 42.
43. Plaintiff agrees to the statement in paragraph 43.
44. Plaintiff disagrees with the statement in paragraph 44.

45. Plaintiff agrees to the statement in paragraph 45.

46. Plaintiff agrees to the statement in paragraph 46.

Respectfully submitted this ___27th___ June, 2014.

_____
Chuck Pardue
Attorney at Law
GA Bar Number: 561212

211 Bobby Jones Expressway
Ste A
Martinez, GA 30907
706-823-2000 Phone
706-722-0149 Fax
chuckpardue@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| James E. King, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   CASE NUMBER: 1:12-CV-00193 |
| John M. McHugh, Secretary, | ) |
| Department of the Army, | ) |
| | ) |
|       Defendant. | ) |

CERTIFICATE OF SERVICE

    I hereby certify that on June __27th__, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

                                              _s/ Chuck R. Pardue_
                                              Chuck R. Pardue
                                              Attorney for Plaintiff
                                              Georgia Bar No. 561212

211 Bobby Jones Expressway, Suite A
Martinez, Georgia 30907
(706) 823-2000 Fax (706) 722-0149
chuckpardue@gmail.com