UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUST DIVISION

| | |
|---|---|
| James E. King, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No: 1:12-CV-00193 |
| ) | |
| John M. McHugh, Secretary, ) | |
| Department of Army ) | |
| ) | |
| Defendant. ) | |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff, James E. King, in the above named case, hereby files this notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the Order granting Defendant's Motion for Summary Judgment (Doc. No. 48) entered in this action on May 5, 2015

Respectfully submitted this 2nd day of July, 2015

/s/Taylor J Bennett
**Bennett Law Group**
P.O. Box 80084
Atlanta, GA 30366
taybennett@gmail.com
Phone: (678)-956-1888
Fax:(404)-806-9223

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUST DIVISION

| | |
|---|---|
| James E. King, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| V. | )   Civil Action No: 1:12-CV-00193 |
| | ) |
| John M. McHugh, Secretary, | ) |
| Department of Army | ) |
| | ) |
|        Defendant. | ) |

## **CERTIFICATE OF SERVICE**

This will certify that I have this day caused to be served a copy of the within and foregoing NOTICE OF APPEAL of Taylor J Bennett with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

    Melissa Stebbins Mundell
    U.S. Attorney's Office - Savannah
    P.O. Box 8970 Savannah, GA 31412
    912-201-2597
    Fax: 912-652-4227
    Email: melissa.mundell@usdoj.gov

    /s/ Taylor J Bennett
    Taylor J Bennett
    Georgia Bar No. 664063